Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 20-12107

| Caption: | |
|---|---|
| Independent Party of Florida and Party for Socialism and Liberation, Plaintiffs-Appellants, v. Laurel M. Lee, in her official capacity, Defendant-Appellees. | District and Division: Northern Dist. of Florida, Tallahassee Division<br>Name of Judge: Mark E. Walker<br>Nature of Suit: Civil Rights - Ballot Access Lawsuit<br>Date Complaint Filed: February 24, 2020<br>District Court Docket Number: 4:20-cv-00110-MW-CAS<br>Date Notice of Appeal Filed: June 8, 2020<br>☐ Cross Appeal   ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes  ☑ No<br>If Yes, provide<br>(a) Caption: _____<br>(b) Citation: _____<br>(c) Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Daniel J. Treuden | 1402 E. Cesar Chavez Street, Austin, TX 78702 | 512-582-2100 phone<br>512-373-3159 fax<br>djtreuden@bernhoftlaw.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Ashley E. Davis | 500 South Bronough Street, Tallahassee, FL 32399 | 850-245-6536 phone<br>850-245-6127 fax<br>ashley.davis@dos.myflorida.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☑ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff: $ 0.00<br>Amount Sought by Defendant: $ 0.00<br>Awarded: $ 0.00 to _____<br>Injunctions:<br>☐ TRO<br>☑ Preliminary   ☐ Granted<br>☐ Permanent   ☑ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑ Yes  ☐ No

If Yes, provide
(a) Case Name/Statute  Anderson v. Celebrezze
(b) Citation  460 U.S. 780 (1983)
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☑ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
(b) Among circuits?  ☐ Yes  ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether the statutes governing minor political party access to the Presidential general election ballot are constitutional under Anderson v. Celebrezze, 460 U.S. 780 (1983). There are two avenues to ballot access, both of which are challenged. The first allows ballot access if the political party is associated with a national political party that is registered with the FEC as a national committee, and the second allows ballot access if the political party submits signatures equal to 1% of the registered voters in the state.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  16th  DAY OF  June , 2020 .

Daniel J. Treuden                                      /s/ Daniel J. Treuden
NAME OF COUNSEL (Print)                                SIGNATURE OF COUNSEL