UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 20-12107

_____

District Court Docket No.
4:20-cv-00110-MW-MAF

INDEPENDENT PARTY OF FLORIDA,
PARTY FOR SOCIALISM AND LIBERATION,

                                       Plaintiffs - Appellants,

versus

SECRETARY, STATE OF FLORIDA,
In Her Official Capacity,

                                       Defendant - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 03, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna H. Clark